### EDWIN W. SPURR *vs.* FANNY W. COFFING AND OTHERS, ADMINISTRATORS.

Where one person orders goods for another, promising to pay for them, the question to which of the parties they were sold, is wholly one of fact.

ASSUMPSIT for merchandize sold to George Coffing, of whose estate the defendants were administrators; brought to the Superior Court in Litchfield County.

Coffing was the president and general agent of a joint stock corporation called the Washinee Company, and had ordered

the merchandize of the plaintiffs, who had charged it on their books to the company, for whose use it was in fact intended. The question in the case was whether the merchandize was purchased by Coffing in his own name and on his own credit, or in the name and on the credit of the company. The company was in poor credit at the time and had since become insolvent. The facts were found in much detail by the Superior Court, including the fact of Coffing's promise at the time of the order to pay for the merchandize, and on the facts the case was reserved for the advice of this court.

*G. C. Woodruff* and *E. W. Seymour*, for the plaintiff.

*D. J. Warner* and *D. T. Warner*, for the defendants.

The Judges were of opinion that the question was simply, to whom the goods were sold, or, in other words, to whom the credit was given, and that this was wholly a question of fact. The case was therefore remanded for a finding of the fact upon this point.